# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

―――――――――

No. 16-1409                                              September Term, 2016

FRA-RWD 2016-01

Filed On: December 14, 2016 [1650988]

American Railcar Industries, INC.,

    Petitioner

    v.

Sarah Feinberg, Administrator U.S. Federal
Railroad Administration, et al.,

    Respondents

------------------------------

Consolidated with 16-1420

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioner in case No(s). 16-1420 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | January 13, 2017 |
| Statement of Issues to be Raised | January 13, 2017 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
     Amanda Harris
     Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form