# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 16-1409**                      **September Term, 2016**

FRA-RWD 2016-01

**Filed On:** January 5, 2017

American Railcar Industries, Inc.,

      Petitioner

      v.

Sarah Feinberg, Administrator U.S. Federal
Railroad Administration, et al.,

      Respondents

------------------------------

Consolidated with 16-1420

## **O R D E R**

Upon consideration of petitioner's unopposed motion to withdraw its petition for review in No. 16-1409 without prejudice, it is

**ORDERED** that the motion be granted, and No. 16-1409 be dismissed. It is

**FURTHER ORDERED** that the consolidation of No. 16-1409 with No. 16-1420 be terminated.

The Clerk is directed to issue forthwith the mandate in No. 16-1409.

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                        BY:     /s/
                               Laura Chipley
                               Deputy Clerk